The Commission found in this case that the treating physician's rating of 10% to the hand did not reliably quantify a permanent partial impairment compensable under N.C. Gen. Stat. § 97-31(12) because, as he stated, but for her scar, he might not have given the plaintiff a rating at all, and therefore, the Commission made an award for disfigurement under N.C. Gen. Stat. § 97-31(22). However, the opinion erroneously included a finding that the plaintiff did suffer a 10% permanent partial disability to her right hand in paragraph #14.
Consequently, IT IS ORDERED that Finding of Fact #14 is STRICKEN, and that as so amended, the Opinion and Award for the Full Commission remains in force and effect from the date of its filing.
 S/ _______________________ J. RANDOLPH WARD COMMISSIONER
CONCURRING:
S/ _________________________ DIANNE C. SELLERS COMMISSIONER
S/ _________________________ COY M. VANCE COMMISSIONER
JRW:md